UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------------X
ELMER ROMERO, KEVIN OCHOA, and ALIRIO PEREIRA,
individually and on behalf of all others similarly situated,

                              Plaintiffs,

                            -against-

GYK DRYWALL, INC., CEIBA SERVICES LLC,
ALLSTATE INTERIORS, INC., and DANILO VALLE,

                              Defendants.
-----------------------------------------------------------------------X

Civil Action No. 20-cv-04378

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALLSTATE INTERIORS, INC.**

It is hereby stipulated and agreed by and between the undersigned, counsel for plaintiffs Elmer Romero, Kevin Ochoa, and Alirio Pereira and counsel for defendant Allstate Interiors, Inc., that the above matter is hereby dismissed with prejudice solely as to the claims against Allstate Interiors, Inc. Each party will bear their own costs and attorneys' fees.

Dated: New York, New York
         April 22, 2021

KATZ MELINGER PLLC

By: _____
Adam Sackowitz
280 Madison Avenue, Suite 600
New York, New York 10016
T: (212) 460-0047
F: (212) 428-6811
ajsackowitz@katzmelinger.com
*Attorneys for Plaintiffs*

Dated: White Plains, New York
         April 26, 2021

BARTELS & FEUREISEN, LLP

By: _____
David Feureisen
1025 Westchester Avenue, Suite 402
White Plains, New York 10604
T: (914) 681-7175
F: (914) 681-0013
davidfeureisen@bfllp.net
*Attorneys for Allstate Interiors, Inc.*