UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------------------------------------------X
ELMER ROMERO, KEVIN OCHOA, and ALIRIO PEREIRA,
individually and on behalf of all others similarly situated,

            Plaintiffs,

Civil Action No.
20-cv-04378

-against-

GYK DRYWALL, INC., CEIBA SERVICES LLC,
ALLSTATE INTERIORS, INC., and DANILO VALLE,

            Defendants.
---------------------------------------------------------------------------X

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the Declaration of Adam Sackowitz, the Declarations of Elmer Romero, Kevin Ochoa, and Alirio Pereira, the Memorandum of Law in Support, and the exhibits attached thereto, plaintiffs Elmer Romero, Kevin Ochoa, and Alirio Pereira ("Plaintiffs") will move before the Hon. Freda L. Wolfson, United States District Judge, in the United States Courthouse located at 402 East State Street, Trenton, New Jersey 08608, on November 22, 2021 at 9:30 a.m., or on a date and time to be set by the Court, for an Order pursuant to F.R.C.P. 55:

(1) granting Plaintiffs a default judgment against defendants GYK Drywall, Inc., Ceiba Services LLC, and Danilo Valle on the First and Second Causes of Action for unpaid overtime wages under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA") and the New Jersey Wage and Hour Law, N.J.S.A. 34:11-56(a) *et seq.* ("NJWHL"); on the Third and Fourth Causes of Action for unpaid minimum wages under the FLSA and NJWHL; and on the Seventh Cause of Action determining that GYK and Ceiba were merely part of a corporate combine and declaring that GYK

and Ceiba are liable for each other's debts and for all amounts due in the First through Fourth Causes of Action;

(2) awarding Plaintiffs all relief requested and available, including all damages, liquidated damages, interest, costs, attorneys' fees and disbursements against GYK Drywall, Inc., Ceiba Services LLC, and Danilo Valle; and

(3) for such other and further relief as the Court deems just and proper.

Pursuant to F.R.C.P. 6 and Local Civil Rule 7.1, any response and opposition to this motion is due to be served on or before November 8, 2021, and Plaintiffs' reply, if necessary, is due to be served on or before November 15, 2021.

Dated: New York, New York
September 27, 2021

Respectfully submitted,

  /s/ Adam Sackowitz
Adam Sackowitz
Katz Melinger PLLC
280 Madison Avenue, Suite 600
New York, New York 10016
t: (212) 460-0047
f: (212) 428-6811
ajsackowitz@katzmelinger.com
*Attorneys for Plaintiffs*