EXHIBIT 9

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------------X
ELMER ROMERO, KEVIN OCHOA, and ALIRIO PEREIRA,
individually and on behalf of all others similarly situated,

                                       Plaintiffs,

Civil Action No. 20-cv-04378

-against-

GYK DRYWALL, INC., CEIBA SERVICES LLC,
ALLSTATE INTERIORS, INC., and DANILO VALLE,

                                       Defendants.
------------------------------------------------------------------------X

## **DEFAULT JUDGMENT**

This action having been commenced on April 16, 2020 by the filing of a Summons and Complaint; and Plaintiffs having filed an Amended Complaint on July 8, 2020; and a copy of the Amended Complaint having been duly served on defendant Ceiba Services LLC on July 20, 2020 and on defendants GYK Drywall, Inc. and Danilo Valle on July 24, 2020; and the proofs of service having been filed on October 2, 2020; and the defendants, GYK Drywall, Inc., Ceiba Services LLC, and Danilo Valle, who are not infants or incompetent persons, having failed to appear, plead or otherwise defend in this action; and certificates of default having been entered by the Clerk of Court on October 2, 2020; and counsel for Plaintiffs having requested judgment against the defaulted defendants by filing a proper motion and affidavits, with accompanying exhibits, in accordance with Federal Rules of Civil Procedure 55(b)(2); it is hereby

**ORDERED, ADJUDGED, and DECREED that**:

Judgment is entered in favor of Plaintiffs and against defendants GYK Drywall, Inc., Ceiba Services LLC, and Danilo Valle, as follows:

In favor of Elmer Romero in the amount of $27,040.06, plus prejudgment interest from September 15, 2018, the midpoint of Romero's employment with Defendants, in the amount of $_____, for a total sum of $_____, plus post-judgment interest pursuant to 28 U.S.C. §1961.

In favor of Kevin Ochoa in the amount of $33,641.78, plus prejudgment interest from August 2, 2018, the midpoint of Ochoa's employment with Defendants, in the amount of $_____, for a total sum of $_____, plus post-judgment interest pursuant to 28 U.S.C. §1961.

In favor of Alirio Pereira in the amount of $10,794.88, plus prejudgment interest from September 29, 2018, the midpoint of Pereira's employment with Defendants, in the amount of $_____, for a total sum of $_____, plus post-judgment interest pursuant to 28 U.S.C. §1961.

In favor of Plaintiffs in the amount of $29,279.50 as and for costs and attorneys' fees pursuant to Local Civil Rule 54.1.

SO ORDERED:

Date: _____, 2021

_____
Hon. Freda L. Wolfson
United States District Judge